RANDY S. GROSSMAN
United States Attorney
GLEN F. DORGAN
California State Bar No. 160502
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7665
Facsimile: (619) 546-7751
Email: glen.dorgan@usdoj.gov

Attorneys for Defendant
UNITED STATES COAST GUARD

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN COHEN,<br><br>                  Plaintiff,<br><br>       v.<br><br>UNITED STATES COAST GUARD,<br><br>                  Defendant. | Case No.: 3:23-cv-0912-JLS-KSC<br><br>**JOINT MOTION FOR ORDER EXTENDING TIME FOR RESPONSIVE PLEADING TO COMPLAINT**<br><br>**Hon. Janis L. Sammartino** |

1

Motion

The parties, Plaintiff JONATHAN COHEN ("Plaintiff") and Defendant UNITED STATES COAST GUARD ("Defendant") submit this joint motion for an order extending Defendant's deadline for filing and service of a responsive pleading to the Complaint until the end of July 7, 2023. The motion is supported by a Memorandum of Points and Authorities submitted together with this motion.

Date:  June 21, 2023

Respectfully submitted,
RANDY S. GROSSMAN
United States Attorney

By  /s/ *Glen F. Dorgan*
GLEN F. DORGAN
Assistant United States Attorney
Attorneys for Defendant

Date:  June 21, 2023

Respectfully signed,

By  /s/ *Jonathan Cohen*
JONATHAN COHEN
Plaintiff

Certificate

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Plaintiff and that I have obtained authorization from Jonathan Cohen to affix his signature to this document.

Date:  June 21, 2023

By  /s/ *Glen F. Dorgan*
GLEN F. DORGAN
Assistant United States Attorney
Attorneys for Defendant