UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT COHEN,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br><br>                    Defendant. | Case No.:  23-cv-912-JLS-KSC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE; TENTATIVE SCHEDULING ORDER** |

The Court will not hold an Early Neutral Evaluation in this matter. *See* Civ. L.R. 16.1(e). The Court nonetheless exercises its discretion to hold a telephonic Case Management Conference ("CMC") on **July 21, 2023**, at 11:00 a.m. To participate in the conference, counsel and any parties appearing in pro per must dial the toll-free number, 1-877-873-8017, and use access code 2924630. Participants will remain on hold until the Court activates the conference call.

The Court will adopt the following tentative Scheduling Order unless the parties at the CMC show good cause to depart from these pretrial dates:

(1)     The deadline for any party to file a Motion for Summary Judgment is **September 15, 2023**. The parties must file any Motion for Summary Judgment in

conformity with all applicable Civil Local Rules unless the assigned District Judge orders otherwise.

(2)     Discovery remains closed in this matter and no party shall take discovery without first obtaining a court order. *See Lane v. Dep't of the Interior*, 523 F.3d 1128, 1134 (9th Cir. 2008).

**IT IS SO ORDERED**

Dated:  July 12, 2023

Hon. Karen S. Crawford
United States Magistrate Judge